552 A.2d 666

**ST. MARGARET MEMORIAL HOSPITAL, Appellant,**

**v.**

**PENNSYLVANIA UNEMPLOYMENT COMPENSATION BOARD OF REVIEW (Allen W. Staley, Sr.), Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 28, 1988.

Decided Jan. 23, 1989.

Peter J. Ennis, Laura A. Candris, John C. Artz, Eckert Seamans Cherin & Mellott, Pittsburgh for appellant.

Clifford B. Blaze, Deputy Chief Counsel, Gary Kelley, Asst. Counsel, Unemployment Compensation Board of Review, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM.

This appeal is dismissed as having been improvidently granted.